ACCEPTED
12-14-00159-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/6/2015 4:19:43 PM
CATHY LUSK
CLERK



**SMITH COUNTY COURTHOUSE**
100 N. BROADWAY 4th Floor
TYLER, TEXAS 75702

April Allison Sikes, First Assistant

# D. Matt Bingham
### Criminal District Attorney
### Smith County

TELEPHONE (903) 590-1720
TELECOPIER (903) 590-1719

Michael J. West, Appellate Attorney
Jennifer Barfield, Office Director

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/6/2015 4:19:43 PM
CATHY S. LUSK
Clerk

February 7, 2014

12th Court of Appeals
1517 West Front Street, ste. 354
Tyler, Texas 75702

**Re:    12-14-00159-CR, *Simmons v. State* - State's Letter Brief.**

To the Honorable Judges,

Appellant complaining that he was improperly charged $300.00 for an attorney fee when he was originally placed upon probation and after was he found to be indigent by the Court.

Appellant correctly accounts that the June 2, 2010, judgment placing him on probation listed court costs on its face that totaled $580.00. He may also be correct that $300.00 of this total amount may have been imposed as a fee for his court-appointed attorney. The Court is no doubt aware of several Smith County cases involving this same mistake wherein the Court subsequently modified the judgments to remove the attorney's fee. *See e.g. Bass v. State*, No. 12-13-00132-CR (Tex.App - Tyler May 30, 2014, *no pet.*) (not designated for publication). Normally, where the record supported these claims, the State has several times conceded error. *Id.*

However, in those cases, a bill of costs showing that a $300.00 attorney's fee was actually imposed were included as part of the appellate record. The record in this case includes only a bill of costs that was issued after Appellant's probation was revoked and which does not show on its face that any such fee was assessed. (CR 1: 98). Appellant is merely speculating that he paid this fee before he was revoked. (Appellant's brief at 10). There is no proof that a $300.00 attorney's fee was actually assessed in the original judgment, or subsequently paid by Appellant, in the record of this case.

The State cannot dispute that Appellant was found indigent on the record of this case and had court-appointed counsel during all phases of the prosecution. (CR I: 77-80). The State does believe that Appellant has not presented a sufficient record to support his alleged error and claim for relief. The Court thus has the option to order the District Clerk to supplement the Clerk's Record, which has already been supplemented at least twice by Appellant without including the original bill of costs. TEX. R. APP. PROC. Rule 34.5 (4) (c) (Vernon 2015).

However, before taking that action and injecting even more time and trouble into this case, the Court may wish to consider an opinion from the Court of Criminal Appeals, released earlier this week, which finds that court costs errors which should have been raised in an appeal from a judgment placing a defendant on probation are deemed waived and cannot be raised in any subsequent appeal from the revocation or adjudication of that probation. *Riles v. State*, ___ S.W.3d ___, PD-1757-13 (Tex. Crim.App. Feb. 4, 2015).

The State would respectfully submit that under the holding of *Riles* Appellant has waived any complaint about the costs of court imposed when he was originally placed upon probation where he did not appeal from the original judgment, much less argue in such an appeal that he was improperly assessed a $300.00 attorney's fee.

Thank you,

Michael West
Asst. Criminal District Attorney
Bar I.D. No. 21203300
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the pertinent sections of the State's Reply Brief in the above numbered cause contain 471 words, an amount which complies with Texas Rule of Appellate Procedure 9.4 (I) (3).

_____
Michael J. West
Asst. Criminal District Attorney
Bar I.D. No. 21203300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th day of February, 2015, the following have been completed:

(1) The original legible copy of the State's Letter Brief in the above numbered cause has been sent via electronic filing to the Clerk of the Court of Twelfth Court of Appeals.

(2) A legible copy of the State's Response to Appellant's Brief in the above numbered cause has been sent via electronic filing to:

Mr. James Huggler
Attorney at Law
100 East Ferguson, Ste. 805
Tyler, Texas 75702

_____
Michael J. West
Asst. Criminal District Attorney
Bar I.D. No. 21203300
100 N. Broadway, 4th Fl.
Tyler, Texas 75702
(903) 590-1720
(903) 590-1719